UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

CASE NO.: 9:19-cv-80896-RLR

HOWARD COHAN,

    Plaintiff,

vs.

GARBER DELRAY, INC.,
d/b/a DELRAY BUICK GMC,

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

    The Plaintiff, HOWARD COHAN by and through his undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, Plaintiff expects to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

    RESPECTFULLY SUBMITTED August 7, 2019.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
The Law Office of Gregory S. Sconzo, P.A.
5080 PGA Boulevard, Suite 213
Palm Beach Gardens, FL 33418
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Service Email: sconzolaw@gmail.com
Email: greg@sconzolawoffice.com
Attorney for Plaintiff

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 7, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via US Mail:

> **GARBER DELRAY, INC.**
> c/o Corporation Service Company
> 1201 Hays Street
> Tallahassee, FL 32301-2525

                            **/s/ Gregory S. Sconzo**
                            **Gregory S. Sconzo, Esq.**